IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen          Date:  July 14, 2015
Court Reporter: Tammy Hoffschildt          Probation: Michelle Means
                                           Time: 20 Minutes


_____

**Criminal Action No.   14-cr-00231-WJM**          _Counsel:_

UNITED STATES OF AMERICA,                   Zachary Phillips

      Plaintiff,

v.

8.  DONDRAI FISHER,                          Lynn Pierce

      Defendant.


**Criminal Case No. 14-cr-00230-WJM**

UNITED STATES OF AMERICA,                    Zachary Phillips

      Plaintiff,

v.

5.  DONDRAI FISHER,                          Lynn Pierce

      Defendant.

_____

### COURTROOM MINUTES
_____

HEARING - SENTENCING **in 14-cr-00231-WJM**

11:05 a.m.    Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the defendant.

Before the Court is the **Sentencing Hearing in Criminal Case. No. 14-cr-00231-WJM**, **and** pursuant to the Plea Agreement, there is a **pending, related motion in Criminal Case No. 14-cr-00230-WJM, [243]** filed by the Government to Dismiss the Remaining Counts of the Indictment against Dondrai Fisher.

Sentencing Statement by Mr. Phillips

Sentencing Statement by Ms. Pierce

**ORDERED: There being no objection to the motion, the Government's Motion For Defendant To Receive Three-Level Decrease For Acceptance Of Responsibility Under U.S.S.G. §3E1.1(b) [502] is GRANTED.**

**ORDERED: There being no objection to the motion, The Government's Motion For Downward Departure Pursuant to U.S.S.G. § 3553(e) [503] is GRANTED.**

**ORDERED: There being no objection to the motion, the Government's Motion to Dismiss Remaining Counts of the Indictment [510] is GRANTED. Counts One, Forty-two and Forty-three of the Indictment are dismissed as to Defendant Dondrai Fisher ONLY.**

Court's comments

Mr. Phillips comments

Ms. Pierce's comments

**ORDERED: The Government's Motion to Dismiss Remaining Counts of the Indictment against Defendant 5, Dondrai Fisher, is GRANTED. The Indictment in Case No. 14-cr-00230-WJM against Defendant 5. Dondrai Fisher is dismissed as to this defendant ONLY.**

The Court Addresses the unopposed Motion For Non-Guideline Sentence Or Variance [Doc No. 491]

Statement by Ms. Pierce

**ORDERED:** **Defendant's Motion For Non-Guideline Sentence Or Variance [491] is GRANTED.**

Defendant's Allocution

> Defendant plead guilty to Count Forty-One and admitted to the forfeiture allegation in the Indictment on February 25, 2015.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant Dondrai Fisher is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of time served.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**The Court recommends that the Bureau of Prisons place the defendant at a facility appropriate to his security designation located within the District of Colorado.**

**ORDERED:** **Upon release from imprisonment defendant is placed on supervised release for a term of three years.**

**Within 72 hours of release from the custody of the Bureau of Prisons the defendant must report in person to the probation office in the district to which defendant is released.**

**While on supervised release the defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant shall comply with the standard conditions adopted by this Court.**

**The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:** **Special Conditions of Supervised Release:**

> **1.** **The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.**

**ORDERED:** **The Special Assessment fee of $100.00 is imposed, due and payable immediately.**

**ORDERED:** **Defendant has no ability to pay a fine, and the fine is waived.**

The defendant is advised of his right to appeal both his conviction and sentence imposed except in very limited circumstances.

**ORDERED:** **Defendant is REMANDED to the custody of the U.S. Marshal.**

11:25 a.m.    Court in Recess
              Hearing concluded